27 Jan 2017

To: Judge Paula Xinis

From: Marc Vinson Cole

Subj: Case # 8:17-cv-00094-PX

Cole v. OCWEN LOAN SERVICING, LLC

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JAN 27 PM 3:05
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

Plaintiff, Marc Vinson Cole, respectfully withdraws the complaint against OCWEN LOAN Servicing, LLC. The parties have reached a confidential settlement agreement. Plaintiff respectfully asks the court to dismiss this case with prejudice. Plaintiff thanks the Court for it's time and attention in this matter. Should the Court have any questions, please do not hesitate to contact the plaintiff.

Respectfully submitted,

*Marc V. Cole*

Marc Vinson Cole
643 Palmerton Terrace
Landover, MD 20785
703-986-8810